UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES  DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| TRUSTEES ON BEHALF OF BAY AREA AUTOMOTIVE GROUP WELFARE FUND,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PARK MANAGEMENT, INC.,<br><br>Defendant.<br>_____/ | No. C11-04259 LB<br><br>**ORDER REGARDING ENTRY OF THE PARTIES' STIPULATED JUDGMENT AND DEFENDANT'S NEED TO FILE EITHER A CONSENT TO OR DECLINATION OF MAGISTRATE JURISDICTION** |

On March 27, 2012, the court issued a stipulated judgment that was signed by all parties to this action.  Stipulated Judgment, ECF No. 19.  Defendant, however, has yet to file either a consent to or a declination of magistrate jurisdiction.

If Defendant does not file either a consent to or a declination of magistrate jurisdiction (the forms for which are available on the court's website at http://cand.uscourts.gov/forms) by **April 6, 2012**, the Stipulated Judgment shall be vacated and the case shall be reassigned to a District Court judge.

Plaintiff shall serve a copy of this order on Defendant.

**IT IS SO ORDERED.**

Dated: March 27, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-04259