UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| TRUSTEES ON BEHALF OF BAY AREA AUTOMOTIVE GROUP WELFARE FUND,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC PARK MANAGEMENT, INC.,<br><br>Defendant.<br>_____/ | No. C11-04259 LB<br><br>**ORDER (1) VACATING ENTRY OF THE PARTIES' STIPULATED JUDGMENT AND (2) INSTRUCTING THE CLERK OF THE COURT TO RE-OPEN THE ACTION AND REASSIGN IT TO A DISTRICT COURT JUDGE** |

On March 27, 2012, the court entered a Stipulated Judgment that was signed by all parties to this action, and the Clerk of the Court closed the case. Stipulated Judgment, ECF No. 19. Defendant, however, had yet to file either a consent to or a declination of magistrate jurisdiction. For this reason, the court issued an order explaining that if Defendant did not file either a consent to or a declination of magistrate jurisdiction by April 6, 2012, entry of the Stipulated Judgment would be vacated and the action would be reassigned to a District Court judge.

Defendant never did so. Accordingly, entry of the parties' Stipulated Judgment is VACATED. The court DIRECTS the Clerk of the Court to re-open this action and to reassign it to a District Court judge.

**IT IS SO ORDERED.**

Dated: April 18, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-04259